FILED BY _____ D.C.

05 AUG 15 PM 3:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**AMEER XENO FLIPPIN,**

    Plaintiff,

v.

**STATE OF TENNESSEE, et al.,**

    Defendants.

Case No.: 04-2041 D

## ORDER REGARDING DOCUMENT NO. 62

It appears that the court has entered a order disposing of the complaint. Accordingly, the motion for protective order is moot, as the relief is subsumed by the final order.

**IT IS SO ORDERED** this 15th day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

...nt entered on the docket sheet In compliance
...with Rule 58 and/or 79(a) FRCP on 8-16-05

67

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CV-02041 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Martha A. Campbell
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Ameer Xenos Flippin
2053 Wilson Rd.
Memphis, TN 38116

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Sarah Henry Cope
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

David J. Cocke
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT